# Court of Appeals
# of the State of Georgia

ATLANTA,  August 15, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0557.   DANIEL ERIC COBBLE v. GEORGIA DEPARTMENT OF CORRECTIONS COMMISSIONER.**

On June 4, 2019, state prisoner Daniel Cobble submitted documents to the Supreme Court seeking review of the decision of the Fulton County Clerk's Office to return to him an application for a criminal arrest warrant that he submitted seeking the arrest of the Commissioner of the Georgia Department of Corrections for various crimes.  Treating the filing as an application for discretionary appeal, the Supreme Court transferred this case to us on June 27, 2019, after determining that the case did not invoke its appellate jurisdiction. We, too, lack jurisdiction.

Cobble has failed to submit a file-stamped copy of the order he seeks to appeal, in violation of Court of Appeals Rule 31 (c). This Court is established for the correction of errors of law and in the absence of a ruling by the trial court, we have nothing to review.  See *Amica v. State*, 307 Ga. App. 276, 282 (2) (704 SE2d 831) (2010); see also *Ward v. State*, 299 Ga. App. 826, 827 (683 SE2d 894) (2009)

("Inasmuch as we are a court for the correction of errors, we do not consider issues which were not raised below and ruled on by the trial court."). We, therefore, lack jurisdiction to grant the relief that Cobble appears to be requesting.

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/15/2019*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*